UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X   ECF Case

BRISTOL-MYERS SQUIBB COMPANY,

       Plaintiff,

       vs.

MATRIX LABORATORIES LIMITED, N/K/A
MYLAN LABORATORIES LIMITED,

       Defendant.

------------------------------------------------------------ X

Case No. 12-CV-5846 (PAE)

**NOTICE OF MOTION**

    PLEASE TAKE NOTICE that, upon the accompanying Declaration of Lisa R. Plush, dated June 10, 2013, and the exhibits attached thereto, and the accompanying Memorandum Of Law In Support of Plaintiff Bristol-Myers Squibb Company's Opposition to Defendant's Motion to Dismiss and In Support of Plaintiff's Motion for Jurisdictional Discovery, and any other submission that shall be made in support of this motion, the undersigned counsel, on behalf of Bristol-Myers Squibb Company, will move this Court, before the Honorable Paul A. Engelmayer, at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, on a date and time to be determined by the Court, for an Order granting Plaintiff's Motion for Jurisdictional Discovery, and for other such relief that the Court deems just and proper.

Dated: New York, New York
       June 10, 2013

                                                          /s/ Lisa R. Plush
                                                        Lisa R. Plush
                                                        Mayer Brown LLP
                                                        1675 Broadway
                                                        New York, New York  10019
                                                        (212) 506-2500
                                                        lplush@mayerbrown.com

                                                        *Attorneys for Plaintiff Bristol-Myers Squibb Company*

705716604