UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X    ECF Case

BRISTOL-MYERS SQUIBB COMPANY,

        Plaintiff,

        vs.                                                                   :    Case No. 12-CV-5846 (PAE)

MATRIX LABORATORIES LIMITED, N/K/A
MYLAN LABORATORIES LIMITED,

        Defendant.

---------------------------------------------------------------- X

## DECLARATION OF LISA R. PLUSH IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND PLAINTIFF'S MOTION FOR JURISDICTIONAL DISCOVERY

I, Lisa R. Plush, Esq., hereby declare, under penalty of perjury and pursuant to 28 U.S.C. § 1746, as follows:

    1.    I am an associate at the law firm Mayer Brown LLP, counsel for Plaintiff, Bristol-Myers Squibb Company ("BMS"). I respectfully submit this declaration in support of BMS's Opposition to Defendant's Motion to Dismiss Plaintiff's Amended Complaint and Motion for Jurisdictional Discovery. I have personal knowledge of the facts set forth herein, and if called as a witness I could testify competently to them.

    2.    Attached hereto as Exhibit 1 is a true and correct copy of a list of commercial products that are manufactured by Mylan Laboratories Limited, available at: http://mylanlabs.in/our_businesses/active_pharmaceutical_ingredients.aspx (select "therapeutic segments" hyperlink).

    3.    Attached hereto as Exhibit 2 is a true and correct copy of Mylan, Inc.'s "Active Pharmaceutical Ingredients" website, available at: http://www.mylan.com/our_businesses/active_pharmaceutical_ingredients.

4. Attached hereto as Exhibit 3 is a true and correct copy of New York Department of State's Corporations Division's website, listing Mylan, Inc. as a company registered in New York. The website is available at: http://www.dos.ny.gov/corps/bus_entity_search.html (search "Mylan" for entity Name; then select "Mylan, Inc." hyperlink).

5. Attached hereto as Exhibit 4 is a true and correct copy of SuperPages.com (*i.e.*, "Yellow Pages")'s website listing Mylan, Inc.'s business address in New York City. The web page is available at: www.superpages.com/bp/New-York-NY/Mylan-Inc-L2072563126.htm.

6. Attached hereto as Exhibit 5 is a true and correct copy of Mylan, Inc.'s "Corporate Profile" website. The website is available at: http://www.mylan.com/about_us/corporate_profile.

7. Attached hereto as Exhibit 6 is a true and correct copy of Mylan, Inc.'s "About Us" website. The website is available at: www.mylan.com/about_us.

8. Attached hereto as Exhibit 7 is a true and correct copy of the Matrix Laboratories Limited 2010-2011 Annual Report.

3

9. Attached hereto as Exhibit 8 is a true and correct copy of Mylan, Inc.'s "Fact Sheet" website. The website is available at: http://www.mylan.com/media_room/fact_sheet.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York, New York on June 10, 2013.

                                                      */s/ Lisa R. Plush*
Lisa R. Plush
Mayer Brown LLP
1675 Broadway
New York, New York 10019
(212) 506-2500
lplush@mayerbrown.com

*Attorneys for Plaintiff Bristol-Myers Squibb Company*