# Exhibit 1

**Mylan Laboratories Ltd.**

## Commercial Products

| Therapeutic Category | Product | US-DMF | E-DMF | CEP | JDMF | WHO | USP | EP | IH |
|---|---|---|---|---|---|---|---|---|---|
| Anti Retrovirals | Abacavir Sulfate | √ | | | | √ | √ | | √ |
| | Atazanavir Sulfate | √ | | | | √ | | | √ |
| | Darunavir | √ | | | | | | | √ |
| | Didanosine | √ | | | | √ | √ | | √ |
| | Efavirenz | √ | √ | | | √ | √ | | √ |
| | Emtricitabine | √ | | | | √ | | | √ |
| | Fosamprenavir Calcium | √ | | | | | | | √ |
| | Indinavir Sulfate | √ | | | | | √ | | √ |
| | Lamivudine | √ | | √ | | √ | √ | √ | |
| | Lopinavir | √ | | | | √ | √ | | √ |
| | Nelfinavir Mesylate | √ | | | | √ | | | √ |
| | Nevirapine Anhydrous | √ | √ | | | √ | √ | √ | √ |
| | Nevirapine Hemihydrate | √ | | | | √ | √ | | |
| | Ritonavir | √ | | | | √ | √ | √ | √ |
| | Stavudine | √ | | | | √ | √ | | |
| | Tenofovir Disoproxil Fumarate | √ | | | | √ | | | √ |
| | Zidovudine | √ | | √ | | √ | √ | √ | |
| Animal Health Products | Enrofloxacin | √ | | √ | | | √ | √ | |
| | Febantel HCl | √ | | √ | | | | √ | |
| | Triclabendazole | | √ | | | | | | √ |
| Anti Bacterials | Ciprofloxacin | √ | | √ | | | √ | √ | |
| | Ciprofloxacin HCl | √ | | √ | √ | | √ | √ | |
| | Ciprofloxacin Lactate | | √ | | | | | | √ |
| | Clarithromycin | √ | | √ | √ | | √ | √ | |
| | Clindamycin Palmitate HCl | √ | | | | | √ | | |
| | Gatifloxacin | √ | | | | | | | √ |
| | Levofloxacin Hemihydrate | √ | √ | | √ | | √ | | |
| | Moxifloxacin HCl | √ | √ | | | | | | √ |
| | Nitrofurantoin | | | √ | | | | √ | |
| Anti Cancer Agents | Erlotinib HCl | √ | | | | | | | √ |
| | Lenalidomide | √ | | | | | | | √ |
| | Letrozole | √ | | | | | √ | | |
| | Sunitinib Malate | √ | | | | | | | √ |
| | Vorinostat | √ | | | | | | | √ |
| Anticoagulants | Clopidogrel HBr | | √ | | | | | | √ |
| | Clopidogrel Bisulfate | √ | | | | | √ | √ | |
| | Fluindone | | | | | | | | √ |
| Anticholinergic | Oxybutynin HCl | | | √ | | | √ | √ | |
| Anti-Diabetic Millitus | Pioglitazone HCl | √ | √ | | | | √ | | √ |
| | Rosiglitazone | √ | | | | | | | √ |
| | Sitagliptin Phosphate | √ | | | | | | | √ |
| Anti Diabetic Insipidus | Desmopressin | √ | | | | | √ | √ | |
| Anti Fungals | Fluconazole | √ | | √ | | | √ | √ | |
| | Itraconazole | √ | | √ | √ | | √ | √ | |
| | Terbinafine HCl | √ | | √ | | | √ | √ | |
| | Voriconazole | √ | | | | | | √ | √ |
| Anti Virals & Anti Malarials | Aciclovir | √ | | √ | √ | | √ | √ | |
| | Artemether | | | | | √ | | | √ |
| | Artesunate | | | | | √ | | | √ |
| | Atovaquone | √ | √ | | | | | | √ |
| | Dihydroartemisinin | | | | | √ | | | √ |
| | Lumefantrine | | | | | √ | | | √ |
| | Oseltamivir Phosphate | | | | | √ | √ | √ | |
| | Piperaquine | | | | | √ | | | √ |
| | Proguanil HCl | √ | | √ | | | √ | √ | |
| | Pyronaridine Tetraphosphate | | | | | | | | √ |
| | Valacyclovir HCl | √ | √ | | | | √ | | √ |
| | Valganciclovir HCl Amorphous | √ | | | | | √ | | |
| | Valganciclovir HCl Crystalline | √ | | | | | √ | | |
| Anti Histamines / Anti Asthmatics | Cetirizine | √ | | √ | √ | | √ | √ | |
| | Desloratadine | √ | √ | | | | | | √ |
| | Fexofenadine HCl | √ | | | | | | | √ |
| | Formoterol Fumarate Dihydrate | √ | | √ | | | √ | √ | |
| | Loratadine | √ | | √ | √ | | √ | √ | |
| | Montelukast sodium | √ | √ | | | | | | √ |
| | Salmeterol Xinafoate | √ | | √ | | | | √ | √ |

Note : Products protected under specific patents in certain countries are not offered for sale by Mylan Laboratories Limited in such countries

**Mylan Laboratories Ltd.**

## Commercial Products

| Therapeutic Category | Product | US-DMF | E-DMF | CEP | JDMF | WHO | USP | EP | IH |
|---|---|---|---|---|---|---|---|---|---|
| Cardiovasculars | Amlodipine Besylate | √ |  | √ |  |  | √ | √ |  |
|  | Atorvastatin calcium Amorphous | √ | √ |  |  |  | √ |  | √ |
|  | Atorvastatin calcium TriHydrate |  | √ |  |  |  |  | √ |  |
|  | Carvedilol | √ |  | √ |  |  | √ | √ |  |
|  | Carvedilol Phosphate | √ |  |  |  |  |  |  | √ |
|  | Dipyridamole | √ |  |  |  |  | √ | √ |  |
|  | Dronedarone |  |  |  |  |  |  |  | √ |
|  | Ezetimibe | √ |  |  |  |  |  |  | √ |
|  | Pitavastatin Calcium |  |  |  |  |  |  |  | √ |
|  | Prasugrel HCl | √ |  |  |  |  |  |  | √ |
|  | Propafenone HCl | √ |  | √ |  |  | √ | √ |  |
|  | Rosuvastatin Calcium | √ |  |  |  |  |  |  | √ |
|  | Simvastatin | √ |  |  |  |  | √ |  | √ |
| Anti Hypertensives | Ambrisentan | √ |  |  |  |  |  |  | √ |
|  | Atenolol | √ |  | √ |  |  | √ | √ |  |
|  | Bosentan | √ |  |  |  |  |  |  | √ |
|  | Candesartan cilexetil | √ | √ |  |  |  |  | √ | √ |
|  | Eprosartan Mesylate | √ | √ |  |  |  |  |  | √ |
|  | Irbesartan | √ |  | √ |  |  | √ | √ |  |
|  | Labetalol HCl | √ |  | √ |  |  | √ | √ |  |
|  | Lisinopril | √ |  | √ |  |  | √ | √ |  |
|  | Losartan Potassium | √ |  | √ | √ |  | √ | √ |  |
|  | Nadolol |  |  | √ |  |  | √ | √ |  |
|  | Olmesartan Medoxomil | √ |  |  |  |  |  | √ | √ |
|  | Perindopril Arginine |  | √ |  |  |  |  |  | √ |
|  | Perindopril Erbumine | √ |  | √ |  |  |  | √ | √ |
|  | Quinapril HCl | √ |  |  |  |  | √ |  | √ |
|  | Telmisartan | √ |  | √ |  |  | √ | √ |  |
|  | Valsartan | √ |  | √ |  |  | √ | √ |  |
|  | Zofenopril Calcium | √ | √ |  |  |  |  |  | √ |
| CNS Agents | Alprazolam | √ |  | √ |  |  | √ | √ |  |
|  | Aripiprazole | √ |  |  |  |  |  |  | √ |
|  | Armodafinil | √ |  |  |  |  |  |  | √ |
|  | Atomoxetine HCl | √ |  |  |  |  | √ |  | √ |
|  | Citalopram HBr | √ |  | √ |  |  | √ | √ |  |
|  | Citalopram HCl |  |  | √ |  |  |  | √ |  |
|  | Clozapine |  |  | √ |  |  | √ | √ |  |
|  | Darifenacin HBr | √ |  |  |  |  |  |  | √ |
|  | Duloxetine HCl | √ |  |  |  |  |  |  | √ |
|  | Escitalopram Oxalate | √ | √ |  |  |  | √ |  | √ |
|  | Eszopiclone | √ |  |  |  |  |  |  | √ |
|  | Gabapentin | √ | √ |  |  |  | √ | √ |  |
|  | Iloperidone | √ |  |  |  |  |  |  | √ |
|  | Lamotrigine | √ |  | √ |  |  | √ | √ |  |
|  | Levetiracetam | √ | √ |  |  |  | √ | √ |  |
|  | Memantine HCl | √ | √ |  |  |  |  |  | √ |
|  | Mirtazapine Anhydrous | √ |  | √ |  |  | √ | √ |  |
|  | Mirtazapine Hemihydrate | √ |  | √ |  |  | √ | √ |  |
|  | Modafinil | √ |  | √ |  |  | √ | √ |  |
|  | O-Desmethyl Venlafaxine Succinate | √ |  |  |  |  |  |  | √ |
|  | Olanzapine | √ |  |  |  |  |  |  | √ |
|  | Oxcarbazepine |  | √ |  |  |  | √ |  | √ |
|  | Paliperidone | √ |  |  |  |  |  |  | √ |
|  | Paroxetine HCl |  |  | √ | √ |  | √ | √ |  |
|  | Pramipexole DiHCl Monohydrate | √ |  | √ | √ |  | √ | √ |  |
|  | Quetiapine fumarate | √ | √ |  | √ |  |  |  | √ |
|  | Rasagiline Mesylate | √ |  |  |  |  |  |  | √ |
|  | Risperidone | √ |  | √ | √ |  | √ | √ |  |
|  | Rivastigmine | √ |  |  |  |  |  |  | √ |
|  | Rivastigmine Hydrogen Tartrate | √ | √ |  |  |  | √ |  | √ |
|  | Sertraline HCl (Form-I) |  |  | √ |  |  |  | √ |  |
|  | Sertraline HCl (Form-II) | √ |  |  |  |  | √ |  |  |
|  | S-Pregabalin | √ |  |  |  |  |  |  | √ |
|  | Temazepam | √ |  | √ |  |  | √ | √ |  |
|  | Trazodone HCl | √ | √ |  |  |  | √ |  | √ |
|  | Venlafaxine HCl | √ |  | √ |  |  | √ | √ |  |
|  | Zolpidem tartrate | √ |  | √ | √ |  | √ | √ |  |
|  | Zonisamide | √ |  |  |  |  |  |  | √ |

Note : Products protected under specific patents in certain countries are not offered for sale by Mylan Laboratories Limited in such countries



## Commercial Products

| Therapeutic Category | Product | US-DMF | E-DMF | CEP | JDMF | WHO | USP | EP | IH |
|---|---|---|---|---|---|---|---|---|---|
| Lifestyle Drugs | Sildenafil citrate | √ | √ | | | | | | √ |
| | Tadalafil | √ | | | | | | √ | √ |
| Osteoporosis | Alendronate sodium | √ | | √ | √ | | √ | √ | |
| | Risedronate sodium | √ | √ | | √ | | √ | | √ |
| | Zoledronic acid | √ | √ | | | | | | √ |
| Pain Management | Almotriptan Malate | √ | √ | | | | | | √ |
| | Baclofen | √ | | √ | | | √ | √ | |
| | Celecoxib | √ | √ | | | | | | √ |
| | Eletriptan Hydrobromide | √ | | | | | | | √ |
| | Frovatriptan succinate | √ | √ | | | | | | √ |
| | Nabumetone | √ | | √ | | | √ | √ | |
| | Naproxen | √ | | √ | | | √ | √ | |
| | Rizatriptan Benzoate | √ | √ | | | | √ | √ | √ |
| | Sumatriptan Succinate | √ | | √ | √ | | √ | √ | |
| | Tiaprofenic Acid | | | √ | | | | √ | |
| | Tizanidine HCl | √ | √ | | | | √ | | √ |
| | Tolmetin Sodium | √ | | | | | √ | | |
| | Zolmitriptan | √ | √ | | | | | | √ |
| Opthalmic Drugs | Latanoprost | √ | √ | | | | | | √ |
| Proton Pump inhibitors | Dexlansoprazole Crystalline Sesquihydrate | √ | | | | | | | √ |
| | Dexlansoprazole Amorphous | √ | | | | | | | √ |
| | Esomeprazole Magnesium | √ | | | | | | | √ |
| | Lansoprazole | √ | | √ | | | √ | √ | |
| | Omeprazole Magnesium | √ | | | | | √ | √ | |
| | Pantoprazole sodium sesqihydrate | √ | | √ | | | √ | √ | |
| | Rabeprazole Sodium | √ | √ | | | | | | √ |
| Others | Allopurinol | √ | | √ | √ | | √ | √ | |
| | Deferasirox | √ | | | | | | | √ |
| | Lanthanum Carbonate | √ | | | | | | | √ |
| | Sevelamer Carbonate | √ | | | | | | | √ |
| | Sevelamer HCl | √ | | | | | | | √ |
| | Varenicline tartrate | √ | | | | | | | √ |

Note : Products protected under specific patents in certain countries are not offered for sale by Mylan Laboratories Limited in such countries



## APIs Under Development

| Therapeutic Category | Product |
|---|---|
| Anti Diabetics | Colesevelam |
|  | Miglitol |
|  | Mitiglinide Calcium |
|  | Saxagliptin |
| Anti Cancer Agents | Imatinib |
|  | Leuprolide |
|  | Pemetrexed |
|  | Thiotepa |
| Anti Histamine / Anti Asthamatics | Tiotropium Bromide |
| Anti Psychotic | Asenapine |
|  | Blonanserin |
| Anti Virals | Adefovir Dipivoxil |
|  | Etravirine |
|  | Raltegravir Potassium |
|  | Rilpivirine HCl |
| Cardiovasculars | Aliskiren Fumarate |
|  | Azelnidipine |
|  | Naftopidil |
|  | Tolvaptan |
| CNS Agents | Milnacipran |
|  | Rotigotine |
|  | Tetrabenazine |
| Gastro-intestinal anti-secretory | Octreotide |
| Lifestyle Drugs (PDE5 Inhibitors) | Vardenafil Hydrochloride |
| PDE4 Inhibitors | Roflumilast |
| Pain Management | Etoricoxib |
| Proton Pump Inhibitors | Pantoprazole Magnesium |
| Pulmonary Artery Hypertension | Treprostinil Sodium |
| Opthalmic Drugs | Olopatadine HCl |
|  | Travoprost |
| Others | Atropine |
|  | Buprenorphine |
|  | Diphenoxylate |
|  | Febuxostat |
|  | Naloxone |

Note : Products protected under specific patents in certain countries are not offered for sale by Mylan Laboratories Limited in such countries