# Exhibit 2

Mylan: Our Businesses: Active Pharmaceutical Ingredients                                                    Page 1 of 1


Seeing
is believing

| You Tube | Twitter | Like 503 | Send | | Careers  Site Map  Contact Us  Business Development |
|---|---|---|---|---|---|

| Home | About Us | Our Businesses | Search Mylan | Go |
|---|---|---|---|---|
| Global Reach | Investor Relations | Media Room | | |

# Our Businesses

**Our Businesses**

Generics

Active Pharmaceutical Ingredients

Mylan Specialty (f/k/a Dey)

Antiretroviral Franchise

Mylan Institutional

Home   Our Businesses   Active Pharmaceutical Ingredients

## Active Pharmaceutical Ingredients

Through its subsidiary Mylan Laboratories Limited, Mylan has direct access to one of the world's largest active pharmaceutical ingredients (API) manufacturers. This relationship makes Mylan one of only two global generics companies with a comprehensive, vertically integrated supply chain.

Mylan Laboratories Limited produces API in a wide range of categories, including antibacterials, central nervous system agents, antihistamines/anti-asthmatics, cardiovasculars, antivirals, antidiabetics, antifungals, proton pump inhibitors and pain management drugs. Mylan Laboratories Limited also is one of the world's largest producers of API used to make generic antiretrovirals (ARV), which are used to treat people living with HIV/AIDS.

Based in Hyderabad, India, Mylan Laboratories Limited has several operating units, including a network of API and intermediate manufacturing facilities in India and China. Its subsidiaries include Matrix Laboratories N.V., Matrix Pharma Group (Xiamen) Limited and Astrix Laboratories LTD.

Mylan
About Us
Corporate Governance
Investor Relations
Media Room
Careers
Global Reach
Asia Pacific
Europe, the Middle East and Africa
North America
Other Areas
Our Businesses
Generics
Antiretroviral Franchise
Active Pharmaceutical Ingredients
Mylan Specialty (f/k/a Dey)
Mylan Institutional
Contact Us
**Mylan**
1500 Corporate Drive
Canonsburg, Pa. 15317
Tel: 724.514.1800
**Contact Us Online**
Copyright©2013 Mylan Inc. All Rights Reserved.
Copyright and Legal Disclaimer
Privacy Policy