# Exhibit 5


Seeing is believing

| | | | |
|---|---|---|---|
| | Like 0  Send | Careers  Site Map  Contact Us  Business Development | |
| Home | About Us | Our Businesses | Search Mylan |
| Global Reach | Investor Relations | Media Room | |

# About Us

- About Us
- Corporate Profile
- Corporate Governance
- Mission
- Our Values
- Our History

Home  About Us  **Corporate Profile**

## Corporate Profile



**AT A GLANCE**

| | |
|---|---|
| Executive Chairman | Robert J. Coury |
| Vice Chairman | Rodney L. Piatt |
| CEO | Heather Bresch |
| Corporate headquarters | Pittsburgh, Pa., U.S. |
| Founded | 1961, White Sulphur Springs, W.Va., U.S. |
| Workforce | More than 18,000 |
| 2011 Revenue (USD) | 6.13 billion |
| Product portfolio | More than 1,100 separate products |
| Commercial footprint | Approximately 150 countries and territories |
| Manufacturing capacity | More than 45 billion doses |
| Memberships | Fortune 500, S&P 500 |
| Stock exchange listing | Nasdaq: MYL |
| Pronunciation | Mylan [mī-luhn] |

### Primary Businesses and Operations
Generics
Active Pharmaceutical Ingredients
Mylan Specialty
Antiretroviral Franchise

### Mylan's Global Reach

**North America »**
The second largest generic pharmaceutical company in the U.S. by sales volume, Mylan continues to capitalize on its presence in that market, which is the world's largest. Mylan's North American businesses include Mylan Pharmaceuticals, which is based in Morgantown, W.Va., Mylan's business in Canada, Mylan Technologies and UDL Laboratories.

**APAC »**
Mylan's Asia Pacific (APAC) presence includes market leading positions in Australia, through its Alphapharm subsidiary, Japan, the world's second largest pharmaceutical market, through its Mylan Seiyaku subsidiary, and New Zealand through its business in that

**EMEA »**
Mylan operates in Europe, the Middle East and Africa (EMEA), with manufacturing, packaging, distribution and marketing capabilities throughout the region. The division consistently holds top-five positions in several markets, including a No. 1 position in France.

Mylan EMEA businesses include those that operate under the Mylan name in Austria, Belgium, the Czech Republic, Denmark, Finland, France, Germany, Hungary, Italy, the Netherlands, Norway, Poland, Portugal, Scandinavia, Slovakia, Slovenia, Spain, Sweden, Switzerland, South Africa and United Kingdom.