# Exhibit 6



Seeing is believing

| Home | About Us | Our Businesses |
|---|---|---|
| Global Reach | Investor Relations | Media Room |

Careers   Site Map   Contact Us   Business Development

Search Mylan

# About Us

**About Us**

**Corporate Profile**

**Corporate Governance**

**Mission**

**Our Values**

**Our History**

Home   About Us

## About Us

Mylan is one of the world's leading generics and specialty pharmaceutical companies, providing products to customers in approximately 150 countries and territories. The company maintains one of the industry's broadest and highest quality product portfolios, which is regularly bolstered by an innovative and robust product pipeline. With a workforce of more than 18,000, Mylan has attained leading positions in key international markets through its wide array of dosage forms and delivery systems, significant manufacturing capacity, global commercial scale and a committed focus on quality and customer service.

Through its India-based subsidiary Mylan Laboratories Limited, Mylan has direct access to one of the world's largest active pharmaceutical ingredient (API) manufacturers. This relationship makes Mylan one of only two global generics companies with a comprehensive, vertically integrated supply chain. Mylan Laboratories Limited also is one of the world's largest producers of API used to make generic antiretroviral (ARV) therapies for the treatment of HIV/AIDS.

Additionally, Mylan operates a fully integrated specialty pharmaceutical business, Mylan Specialty (f/k/a Dey), which produces innovative medicinal therapies, including EpiPen® Auto-Injector.





Mylan
About Us
Corporate Governance
Investor Relations
Media Room
Careers
Global Reach
Asia Pacific
Europe, the Middle East and Africa
North America
Other Areas
Our Businesses
Generics
Antiretroviral Franchise
Active Pharmaceutical Ingredients
Mylan Specialty (f/k/a Dey)
Mylan Institutional
Contact Us
**Mylan**
1500 Corporate Drive
Canonsburg, Pa. 15317