# Exhibit 8

# Fact Sheet

**Media Relations:** 724.514.1968, communications@mylan.com
**Investor Relations:** 724.514.1813, investor.relations@mylan.com
**Government Relations:** 202.507.5325, government.relations@mylan.com



## See inside.
Mylan.com

### Executive Management Team

**Robert J. Coury**
Executive Chairman

**Heather Bresch**
CEO

**Rajiv Malik**
President

**John D. Sheehan**
Chief Financial Officer

**Harry A. Korman**
Chief Operating Officer

### Global Market Leadership
Mylan enjoys leadership positions in several markets.

**No. 1**  Australia, France and New Zealand
**No. 2**  Italy and U.S.
**Top 5**  Belgium, Canada, Portugal and the U.K.

*IMS Health/Mylan management estimates*

## Our Mission

At Mylan, we are committed to setting new standards in health care. Working together around the world to provide 7 billion people access to high quality medicine, we innovate to satisfy unmet needs; make reliability and service excellence a habit; do what's right, not what's easy; and impact the future through passionate global leadership.

## When's the last time a pharmaceutical company let you see inside?

For more than 50 years, we've done health care differently. But one thing has never changed: our relentless pursuit of getting it right. Whether it's offering support to a pharmacy or ensuring a steady supply of high quality medicine, see how Mylan transforms words into actions. See inside. Mylan.com.

Mylan is one of the world's leading generics and specialty pharmaceutical companies, providing products to customers in approximately 140 countries and territories. The company maintains a broad and high quality product portfolio, which offers approximately 1,100 separate products and is regularly bolstered by an innovative and robust pipeline. With a workforce of more than 20,000, Mylan has attained leading positions in key international markets through its wide array of dosage forms and delivery systems, significant manufacturing capacity, global commercial scale and a committed focus on quality and customer service. The company ranks among the top five generics companies in several international markets and is one of the largest U.S.-based generics manufacturers in the world.

Through its subsidiary Mylan Laboratories Limited, Mylan has direct access to one of the world's largest active pharmaceutical ingredient (API) manufacturers. This relationship makes Mylan one of only two global generics companies with a comprehensive, vertically integrated supply chain. Mylan Laboratories also is one of the world's largest producers of API used to make generic antiretroviral (ARV) therapies for the treatment of HIV/AIDS.

Additionally, Mylan operates a specialty pharmaceutical company focused on the development, manufacturing and marketing of prescription drug products for general anesthesia and for the treatment of respiratory diseases, life-threatening allergic reactions and psychiatric disorders.

## Market Information

**Exchange:** The Nasdaq Stock Market    **Symbol:** MYL    **Member:** S&P 500

1500 Corporate Drive, Canonsburg, PA 15317    Telephone: 724.514.1800    Email: communications@mylan.com



Mylan®
Seeing is believing™

## Key Milestones

**1961**
Founded in White Sulphur Springs, W.Va., as a drug distributor

**1966**
Received first FDA approval and began manufacturing

**1973**
Became a publicly traded company

**1984**
Patented a new drug – a first for a generics company

**1986**
Nationally recognized for efforts exposing industry corruption

**1992**
$100 million in revenue

**2002**
$1 billion in revenue

**2007**
Went global with acquisitions of Matrix and Merck Generics

**2008**
$5 billion in revenue

**2011**
Celebrated 50 years of unconventional success

## Financial Highlights

| for the year ended Dec. 31, 2012 | (in millions) |
|---|---|
| Revenue | $ 6,800 |
| Research and development (R&D) | 401 |
| Earnings from operations | $ 1,109 |



**2012 Revenue Breakdown**
- North America Generics 48%
- Specialty 12%
- Europe, the Middle East and Africa Generics 20%
- Asia Pacific Generics 20%

## Fast Facts

- One of the world's largest generics and specialty pharmaceutical companies
- Sells products in approximately 140 countries and territories
- One of the industry's broadest and highest quality product portfolios, with approximately 1,100 separate products
- Global manufacturing capacity of more than 45 billion doses
- One of only two global generics companies with true vertical integration
- A workforce of more than 20,000 around the world
- A Fortune 500 company
- One out of every 11 prescriptions dispensed in the U.S. – brand name or generic – is a Mylan product.
- Has 178 ANDAs pending FDA approval, 35 of which represent "first-to-file" opportunities (April 3, 2013)
- Strategic drivers for future growth: portfolio diversity, biogenerics, respiratory, neurology, institutional, ARV, increase generic utilization, geographic expansion, global policy and specialty
- Breaking down barriers to access through passionate global leadership, Mylan's key policy initiatives are to increase generic utilization, establish an effective biogenerics pathway, advance one quality standard, stem the tide of HIV/AIDS, enhance anaphylaxis awareness and EpiPen® (epinephrine) Auto-Injector access.
- R&D capabilities include: oral solid dosages, transdermals, injectables, dry powder respiratory, topicals, CII solids, liquid hard gel capsules, nasal sprays, nebules, ophthalmic, ARV and API
- Mylan Specialty's flagship product is EpiPen Auto-Injector. Approved by FDA in 1987, EpiPen Auto-Injector has been the No. 1 prescribed epinephrine auto-injector for 25 years with more than 46 million EpiPen Auto-Injectors dispensed to date.
- Mylan Laboratories Limited, a Mylan subsidiary in India, is one of the world's largest manufacturers of API, including API used to make ARV medications that treat HIV/AIDS. In addition, Mylan maintains a broad portfolio of ARV finished dosages.
- Approximately 40% of people living with HIV/AIDS in the developing world who are receiving treatment depend on a Mylan ARV product.

## See inside.

Discover why, at Mylan, quality isn't just a claim – it's a cause we've made personal.

**Mylan.com**

©2013 Mylan (April 27, 2013)



**Mylan®**
Seeing is believing™